UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOZEMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SANTORO, et al.,<br><br>　　　　　Defendants. | **1:17-cv-01247-DAD-GSA-PC**<br><br>**ORDER DENYING REQUEST TO WAIVE FILING FEE**<br>**(ECF No. 27.)** |

    David Bozeman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132. This case was dismissed by the court and closed on November 26, 2019. (ECF No. 25.)

    On July 26, 2021, Plaintiff filed a motion to waive payment of the filing fee for this action. (ECF No. 27.) Plaintiff argues that he does not have money.

    Plaintiff's argument is unpersuasive. Plaintiff was notified by the court's order of October 13, 2017, that he would be obligated to pay the filing fee in full. (ECF No. 5.) Moreover, Plaintiff signed and dated his application to proceed *in forma pauperis* filed on October 12, 2017, which clearly states directly above Plaintiff's signature, "I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States

District Court payments in accordance with 28 U.S.C. section 1915(b)(2)." (ECF No. 4.) Plaintiff shall not be excused from paying the filing fee because he is indigent. The filing fee is collected as payment for filing the case and Plaintiff's case was filed on September 18, 2017. (ECF No. 1.) Therefore, Plaintiff's request shall be denied.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the court to waive payment of the filing fee for this case, filed on July 26, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **July 28, 2021**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE